UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELSEY PEARL NICOLETTI,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

**20 Civ. 5141 (KMK) (AEK)**

**ORDER**

**ANDREW E. KRAUSE, United States Magistrate Judge:**

IT IS HEREBY ORDERED that:

1. Defendant shall file his opposition and cross-motion for judgment on the pleadings by July 6, 2021; and

2. Plaintiff shall file her reply, if any, by July 27, 2021.

SO ORDERED.

Dated: New York, New York
June 2, 2021

                                             ANDREW E. KRAUSE
                                             United States Magistrate Judge