**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KELSEY PEARL NICOLETTI,

                Plaintiff,                20 **CIVIL** 5141 (KMK)(AEK)

      -v-                                    **JUDGMENT**

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2022, Judge Krause's R&R is adopted, Plaintiff's Motion for Judgment on the Pleadings is denied, and Defendant's Motion for Judgment on the Pleadings is granted. The final decision of the Commissioner is affirmed; accordingly, the case is closed.

**Dated:** New York, New York
         September 30, 2022

                                                    **RUBY J. KRAJICK**

                                                    _____
                                                         **Clerk of Court**
                                   **BY:**    *K. Mango*
                                                      _____
                                                          **Deputy Clerk**